

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-21-00019-CV

**IN RE SAN ANTONIO ENTERPRISES, LLC D/B/A RIVER CITY NURSING HOME CARE CENTER AND CREATIVE SOLUTIONS IN HEALTHCARE, INC.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19883
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Sitting:     Luz Elena D. Chapa, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

The real party in interest's motion to extend time to file the response is granted. We order the response due February 17, 2021.

It is so **ORDERED** on February 9, 2021.

**PER CURIAM**

ATTESTED TO. _____
MICHAEL A. CRUZ,
CLERK OF COURT